## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William S. Hudic, | : | Bankruptcy Case No. 19-22920-TPA |
| Debtor. | : | Chapter 13 |
| William S. Hudic, | : | |
| | : | Document No.: 66 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 7 |
| Dollar Bank, FSB, | : | |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on August 5, 2020, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the proposed Plan even with the proposed change for September 1, 2020.

The new post-petition monthly payment payable to Respondent is $2,314.66, effective September 1, 2020, per the notice dated August 5, 2020. The Debtor's proposed Plan payment provides for a monthly payment to Dollar Bank, FSB, of $2,316.11. Therefore, Debtor's proposed Plan remains sufficient.

Respectfully Submitted,

Date: August 6, 2020

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com