# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| William S. Hudic | : | Chapter: | 13 |
| *Debtor(s)*. | : | | |
| | : | Date: | 8/19/2020 |
| | : | Time: | 10:00 |

FILED
8/20/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:** #51 MFRS & Co Debtor Stay filed by Dollar Bank
#61 Resp by Debtor

**APPEARANCES:**
Debtor: Brent Lemon
Trustee: Owen Katz
Dollar Bank: Beth Slaby

**NOTES:**

Slaby: Re real property, arrears $12,000 loan. $300,000 is fair market value. Also have second mortgage. Behind in payments to Trustee of $13,000.

Lemon: Debtor is a contractor, non-debtor is in service industry. Amended Plan was filed. Debtor is now working more. Made a $3,000 payment this month. $4,400 is the plan payment.

Katz: Received payments but not full plan payments.

**OUTCOME:** Upon consent of counsel, Continued to conciliation on 8/27/20 on amended plan. If no resolution to be scheduled in front of Court.

*[signature]*
ljm