IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/20/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| William S. Hudic | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 8/19/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #55 MFRS by Nissan Motor Acceptance Corp.
             #65 Resp by Debtor

**APPEARANCES:**
  Debtor:   Brian C. Thompson
  Trustee:  Owen Katz
  Nissan Motor: James Warmbrodt

**NOTES:**

Warmbrodt:   Payments due from February, 2020, delinquent $2000.
             Debtors agree to affidavit of default, submitted order.

**OUTCOME:**   Stipulation filed at Doc. No. 69 to be entered

ljm