**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/20/20 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>William S. Hudic<br>　　　　　Debtor<br><br>Nissan Motor Acceptance Corporation<br>　　　　　Movant<br>　v.<br>William S. Hudic<br>　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | NO. 19-22920-TPA<br><br>CHAPTER 13<br><br>Related to Docs. 55, 65<br><br>Hearing Date: 8/19/20 @ 10:00 a.m. |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Nissan Motor Acceptance Corporation, has filed a motion for relief from stay due to delinquent payments on the loan secured by Debtor's vehicle, a 2016 Nissan Altima, VIN: 1N4AL3AP9GC181560. (Doc. 55);

WHEREAS, Debtor has filed a response opposing relief from the automatic stay (Doc. 65);

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to Debtor's 2016 Nissan Altima, VIN: 1N4AL3AP9GC181560, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2.  On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3.  Time is of the essence as to all plan payments going forward.

4.  For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtor's payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to Debtor's 2016 Nissan Altima, VIN: 1N4AL3AP9GC181560, upon the filing of a Certification of Default by Movant, without further hearing or without entry of an additional order, if Debtor has failed to cure the default fifteen (15) days after written notice of default to Debtor's counsel.

4.  Relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

5.  In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account of its secured claim, unless directed otherwise by further Order of Court.

6.  The hearing in this matter scheduled for August 19, 2020 at 10:00 a.m. is cancelled.

7.  The *Motion for Relief from the Automatic Stay* at Doc 55 is hereby denied as moot.

Consented to by:

*/s/ Brian C. Thompson, Esquire*
Brian C. Thompson, Esquire
Thompson Law Group, P.C.
Attorney for Debtor

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant

125 Warrendale Bayne Road, Suite 200  
Warrendle, PA 15086  
Phone: 724-799-8404  
bthompson@thompsonattorney.com

701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William S. Hudic
     Debtor

Case No. 19-22920-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 1      Date Rcvd: Aug 20, 2020
                                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db            +William S. Hudic,    119 2nd Street,    Aspinwall, PA 15215-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
          Beth L. Slaby    on behalf of Creditor    Dollar Bank, FSB bslaby@grenenbirsic.com,
           mcupec@grenenbirsic.com
          Brian C. Thompson    on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
          David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
          James Warmbrodt    on behalf of Creditor    Nissan Motor Acceptance Corporation
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                                                                                     TOTAL: 9