FILED
10/26/20 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILLIAM S. HUDIC<br>*Debtor* | : : : | Case No. 19-22920TPA<br>Chapter 13 |
| DOLLAR BANK, FSB.<br>*Movant* | : : : : | Related to Document No. 51 |
| vs | : : | |
| WILLIAM S. HUDIC, KATHLEEN A. HUDIC, ROBERT O. FINLEY CO-DEBTOR AND RONDA J. WINNECOUR, TRUSTEE<br>*Respondent* | : : : : : | |

### ORDER OF COURT

*AND NOW*, this **26th** day of **October, 2020**, It is hereby **ORDERED, ADJUDGED** and **DECREED** that a continued hearing on the ***Motion for Relief from Stay filed by Dollar Bank, FSB,*** Doc No. 51, is scheduled for ***November 13, 2020 at 11:00 A.M.*** to be held by the ***Zoom Video Conference application***. All Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and

use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney. Courtney Helbling, at 814-464-9781.

_____
Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

CA to mail to:
Debtor
Debtor's Counsel
Beth Slaby, Esq.
Ronda J. Winnecour, Esq.

Kathleen Hudic
119 2nd Street
Aspinwall, PA 15215

Robert O. Finley
119 2nd Street
Aspinwall, Pa 15215

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William S. Hudic  
    Debtor(s)

Case No. 19-22920-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2  
Date Rcvd: Oct 26, 2020     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939 |
|  | + Kathleen Hudic, 119 2nd Street, Aspinwall, PA 15215-2939 |
|  | + Robert O. Finley, 119 2nd Street, Aspinwall, PA 15215-2939 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Defendant Dollar Bank FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Beth L. Slaby | on behalf of Creditor Dollar Bank FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson |  |

Case 19-22920-TPA    Doc 81    Filed 10/28/20    Entered 10/29/20 01:19:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

David A. Scott
    on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 11