**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 19-22920-TPA |
| | ) |
| William S. Hudic, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) HEARING DATE & TIME:   November 13, 2020 @ 11:00 AM |
| | ) |
| Dollar Bank, FSB, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| William S. Hudic, Debtor; Kathleen A. Hudic & Robert O. Finley, Co-Debtor; and Ronda J. Winnecour, Trustee; | ) |
| | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE OF ORDER OF COURT RESCHEDULING MOTION FOR RELIEF HEARING**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   November 2  , 20 20 .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
William S. Hudic
119 2nd Street
Aspinwall, PA  15215

Kathleen A. Hudic
119 2nd Street
Aspinwall, PA  15215

Robert O. Finley
119 2nd Street
Aspinwall, PA  15215

**SERVICE BY ELECTRONIC NOTIFICATION**
Brian C. Thompson, Esquire
Thompson Law Group, PC
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
E-mail: bthompson@ThompsonAttorney.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
E-mail: cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
E-mail: ustpregion03.pi.ecf@usdoj.gov

Dated:   11/02/20          By:   /s/ Elizabeth L. Slaby
                                 Elizabeth L. Slaby, Esquire
                                 PA ID No. 209503
                                 Attorney for Dollar Bank, FSB
                                 One Gateway Center, 9th Floor
                                 Pittsburgh, PA 15222
                                 412-281-7650
                                 Fax: 412-281-7657
                                 E-mail: bslaby@grenenbirsic.com