**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/17/20 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| | : | | |
| William S. Hudic | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/13/2020 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER*   #51 Cont. MFRS & Co Debtor Stay filed by Dollar Bank

*APPEARANCES:*

    Debtor: Brian C. Thompson
    Trustee: Ronda Winnecour
    Dollar Bank: Beth Slaby

*NOTES:*

Slaby:   I would ask the Debtor get the appraisal by January 6, 2021.

Thompson:   I understand.

*OUTCOME:*   Continued to January 6, 2021 at 10:30 A.M. The Debtor shall file a Motion for CARES Act relief by December 1, 2020 with a response deadline December 15, 2020. Hearing on the Motion for CARES Act relief will be scheduled for January 6, 2020 at 10:00 A.M. Chambers to enter order.

*/s/ Ronda Winnecour*
ljm