FILED
11/17/20 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILLIAM S. HUDIC, | : | Case No. 19-22920-TPA |
| *Debtor.* | : | Chapter 13 |
| | : | |
| DOLLAR BANK, FSB, | : | Related to Doc. No. 51 |
| *Movant,* | : | |
| v. | : | |
| WILLIAM S. HUDIC, DEBTOR, | : | |
| KATHLEEN A. HUDIC & | : | |
| ROBERT O. FINLEY, CO- | : | |
| DEBTOR, and RONDA J, | : | |
| WINNECOUR, TRUSTEE, | : | Hearing: January 6, 2021 at 10:30 A.M. |
| *Respondents.* | : | |

**ORDER**

On November 13, 2020, a hearing was held on the ***Motion for Relief from the Automatic and Co-Debtor Stay as to 119 Second Street, Pittsburgh, PA*** (Doc. 51). Counsel for Dollar Bank, FSB appeared and expressed her concerns that the Debtor has not been making full plan payments. Counsel for the Debtor explained that the Debtor is trying to make this case work, and that he had been unemployed and is seeking an extension of plan payments pursuant to the CARES Act. The Court will allow the Debtor time to file his CARES Act Motion with a continued hearing to be scheduled for January 6, 2021, but the Court expects that on a parallel course, the Debtor will obtain its appraisal of the property in advance of the January 6th hearing. Therefore,

*AND NOW*, this *17th* day of *November, 2020,* for the reasons stated above and at the November 13th hearing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1) A continued hearing on the ***Motion for Relief from the Automatic and Co-Debtor Stay as to 119 Second Street, Pittsburgh, PA 15215*** (Doc. 51) is scheduled for

1

*January 6, 2021* at *10:30 A.M* to be held by the *Zoom Video Conference Application.* All Parties must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)    *Initializing Zoom Hearing:*    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:  https://www.zoomgov.com/j/16021303488, or alternatively, use the following Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

(3)    *On or before December 1, 2020,* the Debtor shall file his *CARES Act Motion*, in the form as described at the November 13th hearing, including an affidavit of the Debtor and the specific reasons why the Debtor feels he is entitled to a CARES Act extension, detailing how the Debtor's financial hardship was directly or indirectly related to the COVID-19 pandemic.

(4)    The CARES Act Motion, once timely filed by the deadline as stated in Paragraph 3, above, will be scheduled for hearing on *January 6, 2020 at 10:30 A.M*. All responses to the motion must be filed and served *on or before December 15, 2020.*

                                                      Thomas P. Agresti, Judge    **ljm**
                                                      United States Bankruptcy Court

Case Administrator to serve:
    Brian Thompson, Esq.
    Beth Slaby, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22920-TPA |
| William S. Hudic | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Defendant Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson | on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

David A. Scott
    on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11