**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/8/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| | : | | |
| William S. Hudic | : | Chapter: | 13 |
| | : | | |
| _Debtor(s)._ | : | | |
| | : | Date: | 1/6/2021 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**       #51 Cont. MFRS filed by Dollar Bank FSB

**APPEARANCES:**

Debtor: Brent Lemon
Trustee: Ronda Winnecour
Dollar Bank:   Elizabeth Slaby

**NOTES:**       See Proceeding Memo re hearing held this date re Doc. No. 86

**OUTCOME:**     Upon consent of Counsel, #86 & #51 continued to COD hearing on
3/19/21 with Trustee. If no agreement, hearing in front of Court to be
scheduled.
Affidavit of default Order to be issued re plan payments beginning
with February payment.

ljm