**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/8/21 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                              :     Case No.:     19-22920-TPA
                                                    :
William S. Hudic                                    :     Chapter:      13
                                                    :
      *Debtor(s)*.                              :
                                                    :     Date:         1/6/2021
                                                    :     Time:         10:30

### PROCEEDING MEMO

**MATTER**  # 86 Motion for CARES Act Relief
          # 89 Resp by Dollar Bank

**APPEARANCES:**
    Debtor: Brent Lemon
    Trustee:  James Warmbrodt
    Dollar Bank : Elizabeth Slaby

**NOTES:**

Lemon:    Debtor is a contractor, wife is in food & beverage industry.  $3,000 remitted this week.

Slaby:    We have a pending Motion for Relief.  Debtors are $20,000 in arrears. No payments in December and January.

Warmbrodt:

**OUTCOME:**    Upon consent of Counsel, #86 & #51 continued to COD hearing on 3/19/21 with Trustee.  If no agreement, hearing in front of Court to be scheduled.
Affidavit of default Order to be issued re plan payments beginning with February payment.

ljm