**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-22920-TPA |
| ) | |
| William S. Hudic, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | RELATED TO DOCKET NO. 105 |
| ) | |
| Dollar Bank, FSB, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| William S. Hudic, Debtor; Kathleen A. Hudic ) | |
| and Robert O. Finley, Co-Debtors; and ) | |
| Ronda J. Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT OF CONDITIONAL RELIEF
ORDER REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
CO-DEBTOR STAY**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   January 11   , 20 21   .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
William S. Hudic
119 2nd Street
Aspinwall, PA  15215

Kathleen A. Hudic
119 2nd Street
Aspinwall, PA  15215

Robert O. Finley
19 2nd Street
Aspinwall, PA  15215

**SERVICE BY ELECTRONIC NOTIFICATION**
Brian C. Thompson, Esquire
Thompson Law Group, PC
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
E-mail:  bthompson@ThompsonAttorney.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   01/11/2021            By:    /s/ Elizabeth L. Slaby
                                      Elizabeth L. Slaby, Esquire
                                      PA ID No. 209503
                                      Attorney for Dollar Bank, FSB
                                      One Gateway Center, 9th Floor
                                      Pittsburgh, PA  15222
                                      412-281-7650
                                      Fax:  412-281-7657
                                      E-mail:  bslaby@grenenbirsic.com