FILED
2/26/21 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 19-22920-TPA |
| | ) |
| William S. Hudic, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) RELATED TO DOCKET NO. 68 |
| | ) |
| Dollar Bank, FSB, | ) Rel to Doc 112 |
| | ) |
| Objecting Party, | ) |
| | ) |
| vs. | ) |
| | ) |
| William S. Hudic; and Ronda J. Winnecour, | ) |
| Trustee; | ) |
| | ) |
| Respondents. | ) |

**ORDER OF COURT**

AND NOW, this __26th__ day of ____February____, 20__21__, upon consideration
of the Withdrawal of Objections to Confirmation of Second Amended Chapter 13 Plan, filed on
behalf of Dollar Bank, FSB, it is hereby ORDERED, ADJUDGED, and DECREED that the
Objections to Confirmation of Chapter 13 Plan are WITHDRAWN.

BY THE COURT:

Thomas P. Agresti                    **ljm**
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-22920-TPA

William S. Hudic                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dkam                                  Page 1 of 2

Date Rcvd: Feb 26, 2021                       Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

**Recip ID           Recipient Name and Address**
db              +   William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Beth L. Slaby | |
| | on behalf of Defendant Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Beth L. Slaby | |
| | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com |
| | blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | |
| | on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com |
| | blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.co |

District/off: 0315-2                           User: dkam                              Page 2 of 2
Date Rcvd: Feb 26, 2021                      Form ID: pdf900                       Total Noticed: 1

                m

David A. Scott
       on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com

David W. Raphael
       on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Keri P. Ebeck
       on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11