IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/31/21 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

|  |  |  |
|---|---|---|
| WILLIAM S. HUDIC | : | Case No. 19-22920TPA |
|  | : |  |
| *Debtors* | : | Chapter 13 |
|  | : | Related to Claim 7 |

## ORDER

On March 29, 2021 a *Notice of Postpetition Mortgage Fees, Expenses, and Charges*, Official Form 410S2, was filed in this case by **Dollar Bank, FSB**, regarding Claim No.7 ("Notice"). The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a) A computation of the mortgage fees, expenses, and charges.
(b) A complete and accurate loan payment history.
(c) Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d) For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e) After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f) A Declaration affirming the veracity and accuracy of the foregoing.

*AND NOW, this 31st day of March, 2020*, in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that: (1) **on or before April 21, 2021, Dollar Bank FSB** shall supplement them to comply with the above requirements or it will be **DISMISSED** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is **STAYED** but will commence to run on the filing of the supplement.

Thomas P. Agresti, Judge    **ljm**
United States Bankruptcy Court

c:   Ronda Winnecour, Esq., Trustee
     Counsel for the Debtors
     Debtors
     Beth Slaby, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22920-TPA |
| William S. Hudic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 02, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Defendant Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.co |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

m

David A. Scott
    on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11