IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **William S. Hudic** | : : : : : | Bankruptcy No. **19-22920** Chapter **13** |
| Debtor | : : | Related to Document No. |
| **William S. Hudic** Movant | : : : : : | |
| v. No Respondent | : : : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Brian C. Thompson, Esquire PA-91197**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

David Wetmore
903 Virginia Avenue Extension
Pittsburgh PA 15215-0000

State Workers' Insurance Fund
301 5th Avenue
Suite 230
Pittsburgh, PA 15222

By: **/s/ Brian C. Thompson, Esquire**
   Signature
   **Brian C. Thompson, Esquire PA-91197**
   Typed Name
   **125 Warrendale-Bayne Road**
   **Suite 200**
   **Warrendale, PA 15086**
   Address
   **724-799-8404 Fax:724-799-8409**
   Phone No.
   **PA-91197 PA**
   List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**