# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William S. Hudic, | : | Bankruptcy No. 19-22920-TPA |
| Debtor. | : | |
| | : | Chapter 13 |
| William S. Hudic, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Document No.: 122, 123 |
| v. | : | |
| | : | |
| Ronda Winnecour, | : | **Hearing Date and Time:** |
| | : | June 2, 2021 at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the application filed on April 22, 2021 at Document No. 122 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 123, Objections were to be filed and served no later than May 9, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 122 be entered by the Court.

Date: May 10, 2021         /s/ Brian C. Thompson
                           Brian C. Thompson, Esquire
                           Attorney for Debtor
                           PA ID No. 91197
                           THOMPSON LAW GROUP, P.C.
                           125 Warrendale Bayne Road, Suite 200
                           Warrendale, PA 15086
                           (724) 799-8404 Telephone
                           (724) 799-8409 Facsimile
                           bthompson@thompsonattorney.com