IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/3/21 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| | : | | |
| William S. Hudic | : | Chapter: | 13 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 6/2/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**  # 122 Application to Employ Sean J. Carmody, Esquire as Special Counsel Nunc Pro Tunc
     #133 CNO

**APPEARANCES:**

Debtor: (Brian C. Thompson) Brent Lemon
Trustee: Ronda J. Winnecour

**NOTES:**

Lemon:    Prepetition claim with question as to liability. Our position is it is dischargeable. Defending the business, claimant seeking personal liability. SCorp.

Winnecour:    Solution is capping fees and look at it later to see if there is a benefit to the Estate.

**OUTCOME:**    Atty. fee rate cap is $5,000
GRANTED / MOE

*/s/ signature*
asg