**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/23/21 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| William S. Hudic | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 6/23/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**_MATTER_**     # 134 MFRS by David Wetmore
             #145 Resp. by Debtor

**_APPEARANCES_:**

    Debtor:     (Brian C. Thompson) Brent Lemon
    Trustee:    Ronda J. Winnecour
    David Wetmore: Shawn Wright

**_NOTES_:**

Wright:     Background of matters given. Worker's comp claim failed against Debtor's company. Didn't have proper coverage.

Lemon:      Would statutorily impose liability on Debtor.

**_OUTCOME_:**     GRANTED / Chambers to issue Order.