**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  William S. Hudic, | : | Case No. 19-22920-TPA |
| | : | |
| Debtor. | : | Chapter   13 |
| | : | |
| William S. Hudic, | : | |
| | : | |
| Movant, | : | Document No.: 154 |
| | : | |
| v. | : | |
| | : | Related to Document No.: |
| Dollar Bank, FSB, | : | |
| | : | Related to Claim No.: 7 |
| Respondent. | : | |

**<u>AFFIDAVIT</u>**

Confirmation order entered July 27, 2021 incorporated all NMPC to date including the

notice filed July 12, 2021.  Therefore, the confirmed plan is sufficiently funded to accommodate the

proposed payment change.


/s/ Brian C. Thompson                              August 2, 2021
Brian C. Thompson, Debtor's Attorney          Date