**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William S. Hudic, | : | Bankruptcy Case No. 19-22920-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| William S. Hudic, | : | |
| | : | Document No.: 155 |
| Movant, | : | |
| | : | Related to Document No.: 154 |
| v. | : | |
| | : | Related to Claim No.: 7 |
| Dollar Bank, FSB, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on August 2, 2021, on the parties listed below.

David W. Raphael, Esquire
Grene & Birsic, P.C.
One Gateway Center, 9th Floor
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222

Dollar Bank, FSB
300 West Tuscarawas Street
Canton, OH 44702

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: August 2, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com