IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WILLIAM S. HUDIC,<br>          Debtor,<br><br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION,<br><br>          Movant,<br><br>     v.<br><br>WILLIAM S. HUDIC<br>RONDA J. WINNECOUR, Trustee<br>          Respondent | Bankruptcy No. 19-22920-TPA<br><br>Chapter 13<br><br>Doc. No.  55, 69, 72 |

**CERTIFICATE OF SERVICE OF AFFIDAVIT OF DEFAULT OF STIPULATED ORDER RESOLVING THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 27, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

William S. Hudic
119 2nd Street
Aspinwall, PA 15215

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Nissan Motor Acceptance
Corporation