Case 19-22920-TPA    Doc 162    Filed 02/10/22    Entered 02/10/22 11:06:41    Desc Main
Document    Page 1 of 1

FILED
2/10/22 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 19-22920-TPA
:
William S. Hudic : Chapter: 13
:
    *Debtor(s).* :
: Date: 2/9/2022
: Time: 10:00

## PROCEEDING MEMO

**MATTER**    #158 Affidavit of Default of Stipulated Order Resolving MFRS
    #161 Resp.by Debtor

**APPEARANCES:**

    Debtor:    Brent Lemon
    Trustee:    Ronda J. Winnecour
    Nissan Motor Acceptance Corp.: Keri Ebeck

**NOTES:**

Ebeck:     Stip entered in 2020. Plan payments have been sporadic. Arrears have been wrapped into an amended plan twice since the stip filed. There was 4-5 months of no payments to Nissan.

Lemon:     Debtor has been making higher plan payments. Debtor os a contractor and his wife works.

Winnecour:     Nisson is behind in payments but working away at default.

**OUTCOME:**     Affidavit of default re plan payments. Plan payment increases to $150 which gets paid to Nissan. Chambers to issue Order.

*[signature]*
asg