IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/10/22 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-TPA |
| William S. Hudic | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 2/9/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #158 Affidavit of Default of Stipulated Order Resolving MFRS
  #161 Resp.by Debtor

**APPEARANCES:**
  Debtor:  Brent Lemon
  Trustee:  Ronda J. Winnecour
  Nissan Motor Acceptance Corp.: Keri Ebeck

**NOTES:**

Ebeck:  Stip entered in 2020. Plan payments have been sporadic. Arrears have been wrapped into an amended plan twice since the stip filed. There was 4-5 months of no payments to Nissan.

Lemon:  Debtor has been making higher plan payments. Debtor is a contractor and his wife works.

Winnecour:  Nisson is behind in payments but working away at default.

**OUTCOME:**  Affidavit of default re plan payments. Plan payment increases to $150 which gets paid to Nissan. Chambers to issue Order.

*asg*