# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William S. Hudic, | : | Bankruptcy Case No.: 19-22920-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| William S. Hudic, | : | |
| | : | Document No.: 167 |
| Movant, | : | |
| | : | Related to Document No.: 166 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | June 7, 2022 at 10:00 a.m. |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Maya Rowe, Paralegal, hereby certify that a copy of the Amended Chapter 13 Plan Dated April 20, 2022, at document number 166 and the Notice Setting Hearing on the Amended Plan were served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 20, 2022 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated:  April 20, 2022 

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com