## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22920-CMB |
| | ) | |
| William S. Hudic, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 13, 2023, at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents William S. Hudic.

2. This is an interim application for the period December 11, 2020, through June 2, 2023.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $7,916.13

5. Applicant requests additional:
   Compensation of $7,325.00
   Reimbursement of Expenses of $49.60

6. *A Zoom Video Conference Hearing* will be held on July 13, 2023, at 1:30 p.m. before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at* https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before June 22, 2023, seventeen (17) days from the date of this notice plus and additional

three days if served by mail). Copies of the application are available from the applicant.

Dated:  June 5, 2023                                  /s/Brian C. Thompson
                                                            Brian C. Thompson, Esquire
                                                            PA ID No. 91197
                                                            THOMPSON LAW GROUP, P.C.
                                                            125 Warrendale Bayne Road, Suite 200
                                                            Warrendale, PA 15086
                                                            (724) 799-8404
                                                            bthompson@thompsonattorney.com