# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William S. Hudic, | Bankruptcy No. 19-22920-JCM |
| Debtor. | Chapter 13 |
| William S. Hudic, | Related to:  Document No. 198 |
| Movant, | |
| v. | |
| No Respondents | |
| Respondent. | |

## CONSENT ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Motion for Post-Petition Financing at Docket No. __198__. upon the foregoing, and for good cause show, it is here by **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion at Docket No. __198__ is **GRANTED** as provided by the terms of this *Order*.

2. Debtor(s) is/are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:
   (a) the total amount of financing **shall not exceed $25,000.00**; and
   (b) the monthly payments made under the financing agreement **shall not exceed $525.00.**
   **(**c) the term of the loan shall **not exceed 72 months.**
   (d) The interest rate of the loan **shall not exceed 16.39%**

3. To the extent the Debtor secures financing for the purchase of a new vehicle, such payments **shall be made through the Chapter 13 Plan**. Within **30 DAYS** OF SECURING SUCH FINANCING, Debtor shall file:
   (a) An amended Chapter 13 Plan; and
   (b) a report of financing.

4. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the report of

financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplement payments shall be in addition to the regular Plan payment, pending confirmation of the Amended Plan.

5. Notwithstanding the inclusion of the post-petition loan within an amended Chapter 13 Plan, the underlying terms of the loan shall not be modified absent the consent of the [Post-Petition automobile lender].

6. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Dated: March 12, 2024

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
3/12/24 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

<u>Case Administrator to Mail to:</u>
Debtor
Counsel for Debtor
Ronda J. Winnecour, Esquire
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22920-JCM |
| William S. Hudic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

**Recip ID         Recipient Name and Address**
db            +   William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

**Name**                **Email Address**

Brian C. Thompson
                        on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
                        on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

David A. Scott
                        on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com

David W. Raphael
                        on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Denise Carlon

on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

Elizabeth L. Slaby

on behalf of Defendant Dollar Bank  FSB bslaby@lenderlaw.com

Elizabeth L. Slaby

on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com

Jeremy J Kobeski

on behalf of Creditor Dollar Bank  FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck

on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Creditor David Wetmore shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 14