**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2024

IN RE:

| | |
|---|---|
| WILLIAM S. HUDIC<br>119 2ND STREET<br>ASPINWALL, PA 15215<br>XXX-XX-9414            Debtor(s) | Case No.19-22920<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Description / Account |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0167 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB**\*\*<br>C/O MORTGAGE SERVICE CENTER\*<br>POB 8469<br>CANTON, OH  44711 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  37,439.42<br>COMMENT:  RS/OE\*306982.41/CL\*CL7GOV W/PMT CHANGES\*2316.11/PL\*PMT/DECL\*DK4PMT-LI | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0446 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:4   INT %: 4.00%<br>Court Claim Number:2<br>CLAIM:  28,113.64<br>COMMENT:  $/CL-PL@4%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3947 |
| **NORTHWEST BANK**\*<br>COLLECTIONS DEPT\*<br>100 LIBERTY ST<br>PO BOX 337\*<br>WARREN, PA  16365 | Trustee Claim Number:5   INT %: 4.00%<br>Court Claim Number:8<br>CLAIM:  42,783.75<br>COMMENT:  $/CL-PL@4%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6094 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  19,215.01<br>COMMENT:  6556/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1008 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  15,709.42<br>COMMENT:  6598/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2009 |
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2404 |
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9689 |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPARTME**<br>C/O US DEPARTMENT OF EDUCATION LOAN SE<br>PO BOX 4450<br>PORTLAND, OR  97208-4450 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  49,666.32<br>COMMENT:  1516/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9414 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2417 |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1618 |
| **GOLDMAN SACHS BANK USA**<br>C/O MARCUS BY GOLDMAN SACHS<br>PO BOX 7247<br>LOCKBOX 6104<br>PHILADELPHIA, PA 19170 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0689 |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA\*\***<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 35,576.23<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1122 |
| **KEY RECOVERY**<br>127 PUBLIC SQ<br>CLEVELAND, OH 44114 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1053 |
| **METZ LEWIS ET AL**<br>444 LIBERTY AVE STE 2100<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 4,977.00<br>COMMENT: LEGAL SERVICES 3/17-10/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7460 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,171.64<br>COMMENT: X0351/SCH\*LEVIN/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0249 |
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SAMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2186 |
| **KEYBANK NA\*\***<br>POB 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,022.27<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1405 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 7,231.85<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6847 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 10,201.30<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8580 |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DOLLAR BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 912.46<br>COMMENT: RS/OE*19464.13/CL*CL9GOV*PMT/CL-PL*104.08x(66+2)=LMT*ACCT NT/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1252 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 150.96<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 4,050.72<br>COMMENT: ACCT NT/SCH*SAMS CLUB/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0167 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 381.57<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6807 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 4,359.36<br>COMMENT: NT/SCH*CREDITCARE*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2452 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX 75266-0366 | Trustee Claim Number: 29  INT %: 4.00%<br>Court Claim Number: 18 | CLAIM: 21,948.39<br>COMMENT: RS/DDL*$CL-PL@4%/PL*PMT/PROC MEM*DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1560 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **DAVID A SCOTT ESQ**<br>LECLAIRE GRIEWAHN & SCOTT LLC<br>835 WESTERN AVE<br><br>PITTSBURGH, PA  15233 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NISSAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NISSAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB****<br>C/O MORTGAGE SERVICE CENTER*<br>POB 8469<br><br>CANTON, OH  44711 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  DM/OE*NT/PL*550/NTC-POSTPET FEE/EXP*REPLACES 4/28 NOTICE*AMD REF CL*\ | CRED DESC:  POST PETITION FEE NOTICE<br>ACCOUNT NO.:  0446 |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*103.85ARRS/CL*CL9GOV*$0/PL | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  1252 |
| **DAVID WETMORE**<br>903 VIRGINIA AVE EXT<br><br>PITTSBURGH, PA  15215 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/AMD F*4-22-21 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB****<br>C/O MORTGAGE SERVICE CENTER*<br>POB 8469<br><br>CANTON, OH  44711 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*550/NTC-PL~DM: FAILURE TO COMPLY*DKT | CRED DESC:  POST PETITION FEE NOTICE<br>ACCOUNT NO.:  0446 |
| **BRIDGECREST**<br>PO BOX 842695<br><br>LOS ANGELES, CA  90084-2695 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PLACEHOLDER*BGN 4/24*350.77 X (12REM+2)=LMT*ND ACCT NO | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: |