# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

07/18/2024

IN RE:

| | |
|---|---|
| WILLIAM S. HUDIC<br>119 2ND STREET<br>ASPINWALL,  PA  15215<br>XXX-XX-9414          Debtor(s) | Case No.19-22920<br><br>Chapter 13 |

---

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/18/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK**\*\* | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 0167 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  SAMS CLUB/PRAE | | |

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **DOLLAR BANK FSB**\*\* | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O MORTGAGE SERVICE CENTER* | Court Claim Number:7 | | ACCOUNT NO.: 0446 |
| POB 8469 | | | |
| | CLAIM:  37,439.42 | | |
| CANTON, OH  44711 | COMMENT:  RS/OE*306982.41/CL*CL7GOV W/PMT CHANGES*2316.11/PL*PMT/DECL*DK4PMT-LI | | |

| | | | |
|---|---|---|---|
| **HUNTINGTON NATIONAL BANK(\*)** | Trustee Claim Number:4   INT %: 4.00% | | CRED DESC:  VEHICLE |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:2 | | ACCOUNT NO.: 3947 |
| | CLAIM:  28,113.64 | | |
| COLUMBUS, OH  43231 | COMMENT:  $/CL-PL@4%/PL | | |

| | | | |
|---|---|---|---|
| **NORTHWEST BANK*** | Trustee Claim Number:5   INT %: 4.00% | | CRED DESC:  VEHICLE |
| COLLECTIONS DEPT* | Court Claim Number:8 | | ACCOUNT NO.: 6094 |
| 100 LIBERTY ST | | | |
| PO BOX 337* | CLAIM:  42,783.75 | | |
| WARREN, PA  16365 | COMMENT:  $/CL-PL@4%/PL | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:5 | | ACCOUNT NO.: 1008 |
| PO BOX 3001 | | | |
| | CLAIM:  19,215.01 | | |
| MALVERN, PA  19355-0701 | COMMENT:  6556/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:11 | | ACCOUNT NO.: 2009 |
| PO BOX 3001 | | | |
| | CLAIM:  15,709.42 | | |
| MALVERN, PA  19355-0701 | COMMENT:  6598/SCH | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE**\*\* | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | | ACCOUNT NO.: 2404 |
| | CLAIM:  0.00 | | |
| CHARLOTTE, NC  28269 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE**\*\* | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | | ACCOUNT NO.: 9689 |
| | CLAIM:  0.00 | | |
| CHARLOTTE, NC  28269 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **AIDVANTAGE O/B/O THE DEPARTMENT OF EDUC** | Trustee Claim Number:10 INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4450 | Court Claim Number:10-2 | | ACCOUNT NO.: 9414 |
| | CLAIM:  49,666.32 | | |
| PORTLAND, OR  97208 | COMMENT:  1516/SCH*AMD | | |

CLAIM RECORDS

| | | |
|---|---|---|
| **NAVIENT++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 123 S JUSTISON ST STE 30 | Court Claim Number: | ACCOUNT NO.:  2417 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  DEPT OF ED/SCH | |

| | | |
|---|---|---|
| **NAVIENT++** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 123 S JUSTISON ST STE 30 | Court Claim Number: | ACCOUNT NO.:  1618 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  DEPT OF ED/SCH | |

| | | |
|---|---|---|
| **GOLDMAN SACHS BANK USA** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MARCUS BY GOLDMAN SACHS | Court Claim Number: | ACCOUNT NO.:  0689 |
| PO BOX 7247 | | |
| LOCKBOX 6104 | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19170 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94968 | Court Claim Number:6-2 | ACCOUNT NO.:  1122 |
| | CLAIM:  35,576.23 | |
| CLEVELAND, OH  44101 | COMMENT:  AMD | |

| | | |
|---|---|---|
| **KEY RECOVERY** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 127 PUBLIC SQ | Court Claim Number: | ACCOUNT NO.:  1053 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44114 | COMMENT: | |

| | | |
|---|---|---|
| **METZ LEWIS ET AL** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 444 LIBERTY AVE STE 2100 | Court Claim Number:17 | ACCOUNT NO.:  7460 |
| | CLAIM:  4,977.00 | |
| PITTSBURGH, PA  15222 | COMMENT:  LEGAL SERVICES 3/17-10/18 | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.:  0249 |
| | CLAIM:  1,171.64 | |
| NORFOLK, VA  23541 | COMMENT:  X0351/SCH*LEVIN/SYNCHRONY | |

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2186 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~SAMS/SCH | |

| | | |
|---|---|---|
| **KEYBANK NA**** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:1 | ACCOUNT NO.:  1405 |
| | CLAIM:  4,022.27 | |
| CLEVELAND, OH  44101 | COMMENT:  ACCT NT/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.:  6847 |
| | CLAIM:  7,231.85 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  ACCT NT/SCH | |

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Credit Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  10,201.30<br>COMMENT:  ACCT NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8580 |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br>PITTSBURGH, PA  15222 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DOLLAR BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA  15230 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  912.46<br>COMMENT:  RS/OE*19464.13/CL*CL9GOV*PMT/CL-PL*104.08x(66+2)=LMT*ACCT NT/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1252 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  150.96<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  4,050.72<br>COMMENT:  ACCT NT/SCH*SAMS CLUB/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0167 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  381.57<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6807 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  4,359.36<br>COMMENT:  NT/SCH*CREDITCARE*GEMB*GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2452 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br><br>DALLAS, TX  75266-0366 | Trustee Claim Number:29  INT %:  4.00%<br>Court Claim Number:18<br><br>CLAIM:  21,948.39<br>COMMENT:  RS/DDL*$CL-PL@4%/PL*PMT/PROC MEM*DK! | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1560 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DAVID A SCOTT ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| LECLAIRE GRIEWAHN & SCOTT LLC | Court Claim Number: | ACCOUNT NO.: |
| 835 WESTERN AVE | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15233 | COMMENT:  NISSAN/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NISSAN/PRAE | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB**** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  POST PETITION FEE NOTICE |
| C/O MORTGAGE SERVICE CENTER* | Court Claim Number:7 | ACCOUNT NO.:  0446 |
| POB 8469 | | |
| | CLAIM:  0.00 | |
| CANTON, OH  44711 | COMMENT:  DM/OE*NT/PL*550/NTC-POSTPET FEE/EXP*REPLACES 4/28 NOTICE*AMD REF CL*\ | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB(*)** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN CONSUMER DEFAULT MANAGEMENT | Court Claim Number:9 | ACCOUNT NO.:  1252 |
| PO BOX 3969 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15230 | COMMENT:  RS/OE*103.85ARRS/CL*CL9GOV*$0/PL | |

| | | |
|---|---|---|
| **DAVID WETMORE** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 903 VIRGINIA AVE EXT | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15215 | COMMENT:  NO$/AMD F*4-22-21 | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB**** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  POST PETITION FEE NOTICE |
| C/O MORTGAGE SERVICE CENTER* | Court Claim Number:7 | ACCOUNT NO.:  0446 |
| POB 8469 | | |
| | CLAIM:  0.00 | |
| CANTON, OH  44711 | COMMENT:  RS/OE*550/NTC-PL~DM: FAILURE TO COMPLY*DKT | |

| | | |
|---|---|---|
| **BRIDGECREST** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| PO BOX 842695 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LOS ANGELES, CA  90084-2695 | COMMENT:  PLACEHOLDER*BGN 4/24*350.77 X (12REM+2)=LMT*ND ACCT NO | |