Certificate Number: 12433-PAW-DE-039242891

Bankruptcy Case Number: 19-22920



12433-PAW-DE-039242891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 10:05 o'clock PM EST, William S. Hudic, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 15, 2025              By:    /s/Lisa Susoev

                                       Name:  Lisa Susoev

                                       Title: Teacher