**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22920-JCM |
| | ) | |
| William S. Hudic, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | March 25, 2025 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES**
**IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents William S. Hudic.

2. This is a final application for the period June 3, 2023, through February 13, 2025.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $15,290.73

5. Applicant requests additional:
   Compensation of $2,400.00
   Reimbursement of Expenses of $30.87

6. *A* hearing will be held on March 25, 2025 at 1:30 p.m. before Judge John C. Melaragno in the Courtroom C, 54th Floor, U.S. Steel Tower, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before March 2, 2025, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: February 13, 2025                 /s/Brian C. Thompson
                                         Brian C. Thompson, Esquire
                                         PA ID No. 91197
                                         THOMPSON LAW GROUP, P.C.
                                         301 Smith Drive, Suite 6
                                         Cranberry Township, PA 16066
                                         (724) 799-8404
                                         bthompson@thompsonattorney.com