# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22920-JCM |
| | : | | |
| William S. Hudic | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/24/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**     #214 Trustee's Motion to Dismiss Case
                       #217 Debtor's Response to Trustee's Motion to Dismiss

**APPEARANCES:**

   Debtor: Brian C. Thompson (no appearance)
   Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:     The Debtor is starting to pay sufficient funds to complete. I believe we are down to needing $2,049 to complete. I would suggest a continuance to allow the Debtor to complete the plan.

**OUTCOME:**     TO to be entered stating: On or before June 23, 2025, the Debtor shall remit $2,049 to the Chapter 13 Trustee in order to complete the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the June 23, 2025 deadline, the case will be dismissed without further notice or hearing.

SIGNED
4/24/25 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA