# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William S. Hudic, | : | Bankruptcy Case No.: 19-22920-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| William S. Hudic, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 209 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | July 15, 2025, at 2:00 p.m. |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 15, 2025, at docket number 209, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtor*: William S. Hudic.* Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: May 27, 2025                         /s/ ID y5RcE6b5UJgdLHBmauwfFriz
                                                                William S. Hudic, Debtor

                                                                Respectfully submitted,

Dated: May 27, 2025                         /s/Brian C. Thompson
                                                                Brian C. Thompson, Esquire
                                                                PA ID: 91197
                                                                Thompson Law Group, P.C.
                                                                301 Smith Drive, Suite 6
                                                                Cranberry Township, PA 16066
                                                                (724) 799-8404 Telephone
                                                                bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**     **y5RcE6b5UJgdLHBmauwfFriz**
Signed by:     William S. Hudic
Sent to email:     billhudic@verizon.net
IP Address:     108.39.235.211
Signed at:     May 27 2025, 4:27 pm EDT