# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILLIAM S. HUDIC

         Debtor(s)

   Ronda J. Winnecour
         Movant
      vs.
   No Repondents.

Case No.: 19-22920

Chapter 13

Document No.: 221

## ORDER OF COURT

AND NOW, this ___9th___ day of ___July___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
7/9/25 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge   jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22920-JCM |
| William S. Hudic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William S. Hudic, 119 2nd Street, Aspinwall, PA 15215-2939 |
| cr | | David Wetmore, 903 Virginia Street Extension, Pittsburgh, PA 15215 |
| sp | + | Sean Carmody, Patberg, Carmody & Ging, Deutschtown Center, 801 Vinial Street, Third Floor Pittsburgh, PA 15212-5177 |
| 15366870 | + | David Wetmore, 903 Virginia Avenue Extension, Pittsburgh PA 15215-1719 |
| 15210029 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15109060 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15112515 | + | Dollar Bank, FSB, c/o Consumer Default Management, P O Box 3969, Pittsburgh, PA 15230-3969 |
| 15092322 | + | Key Recovery, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15107829 | + | Leroy Metz, II, Esquire, 535 Smithfield Street, Pittsburgh, PA 15222-2393 |
| 15092323 | + | Northwest Savings Bank, 100 Liberty St, PO Box 788, Warren, PA 16365-0788 |
| 15366871 | + | State Workers Insurance Fund, 301 5th Avenue, Suite 230, Pittsburgh, PA 15222-2440 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 10 2025 00:06:25 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:20:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2025 00:20:56 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15092316 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2025 00:20:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15104396 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2025 00:20:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092317 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:31:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15103440 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092318 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 10 2025 00:20:14 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 15092319 | ^ | MEBN | Jul 10 2025 00:06:14 | Dollar Bank, PO Box 8469, Canton, OH |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 44711-8469 |
| 15109059 | | ^ MEBN | Jul 10 2025 00:06:24 | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15130317 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 10 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092320 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 10 2025 00:08:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15092321 | + | Email/Text: bankruptcy@huntington.com | Jul 10 2025 00:08:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15096018 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 10 2025 00:08:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15119763 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 10 2025 00:20:10 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15143076 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 10 2025 00:07:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15109784 | + | Email/Text: Darren.Pedaci@northwest.com | Jul 10 2025 00:08:00 | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 15129309 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:31:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092324 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:08 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:57 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15092597 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2025 00:20:16 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15101629 | + | Email/Text: bankruptcy@huntington.com | Jul 10 2025 00:08:00 | The Huntington Bank, P.O. Box 89424, Cleveland OH 44101-6424 |
| 15126201 | | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2025 00:20:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15122999 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128498 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15132571 | ##+ | Metz Lewis Brodman Must O'Keefe LLC, c/o John R. O'Keefe, Jr., Esquire, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff William S. Hudic bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| David A. Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@bdblaw.com |
| Elizabeth L. Slaby | on behalf of Defendant Dollar Bank  FSB bslaby@bdblaw.com |
| Jeremy J Kobeski | on behalf of Creditor Dollar Bank  FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Creditor David Wetmore shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 14